## Court of Appeals, State of Michigan

## ORDER

In re Newman Minors

Docket No.    329063/329076

LC No.       15-000074 NA

Michael F. Gadola
Presiding Judge

Deborah A. Servitto

Douglas B. Shapiro
Judges

The Court orders that the September 22, 2016 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

SEP 29 2016
_____
Date

_____
Chief Clerk